## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The parties are instructed to make every effort to agree on dates.**

| Case No. | 2:26-cv-02332-BFM | Case Name | Adrianne Harris et al v. Brand Bolt, LLC et al | |
|---|---|---|---|---|

| **Trial and Final Pretrial Conference Dates** | | | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|---|---|
| Check one:   ☐ Jury Trial   or   ☐ Court Trial **[Monday at 8:30 a.m., about 12-18 months after Complaint filed]** Estimated Duration, in days: | | | 06/21/2027  _3-4 days | 3-4 days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine **[Tuesdays at 11:00 a.m., at least 13 days before trial]** | | | 06/01/2027 | 06/01/2027 |

| **Event[1]** *Note:* Hearings must be on Tuesday or Thursdays at 10:00 a.m. Other dates can be any day of the week. | **Suggest. Weeks Before FPTC[2]** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|---|
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Tuesday or Thursday]* | 12-16 weeks after Sched. Conf. | 10/08/2026 | 10/08/2026 |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 02/02/2027 | 02/02/2027 |
| Expert Disclosure (Initial) | | 11/13/2026 | 11/13/2026 |
| Expert Disclosure (Rebuttal) | | 12/11/2026 | 12/11/2026 |
| Expert Discovery Cut-Off | 12[3] | 01/15/2027 | 01/15/2027 |
| Last Date to *Hear* Motions *[Tuesday or Thursday]* • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 | 03/09/2027 | 03/09/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 03/23/2027 | 03/23/2027 |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one):*** (Magistrate Judge *[with Court approval],* Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge ☒ 2. Panel ☐ 3. Private | ☐ 1. Mag. Judge ☒ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)** • Motions In Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 minimum | 05/11/2027 | 05/11/2027 |
| **Trial Filings (second round)** • Oppositions to Motions In Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions *(jury trial only)* • Disputed Proposed Jury Instructions *(jury trial only)* • Joint Proposed Verdict Forms *(jury trial only)* • Joint Proposed Statement of the Case *(jury trial only)* • Proposed Additional Voir Dire Questions, if any *(jury trial only)* • Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 minimum | 05/18/2027 | 05/18/2027 |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *This is often appropriate for class actions, patent cases, and ERISA cases.*
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**