# EXHIBIT A

d2models

**BOOKING AGREEMENT**

**Job #** **LAX-210201-BBOMAR**

**DEPOSIT** (*Client Initial:* PK )

No deposit is required for this assignment.

**ASSIGNMENT DESCRIPTION** (*Client Initial:* PK )

On-camera video models for Brand Bolt LLC (hereinafter "Client"). Models will take part in the creation of professional testimonials for a lift and firm beauty cream product. Models will be asked a handful of questions on-camera about their experience using the product for 2+ weeks (questions will be provided in advance). Usage is limited to the following: **REGION**: Worldwide (including USA) / **DURATION**: 1 year / **MEDIA**: All Social Media Platforms - Video; All Internet/Digital/Mobile Advertising - Video / **RESTRICTIONS**: By Brand Bolt LLC (dba: "MiamiMD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted.

**ASSIGNMENT DATE(S)/START TIMES** (*Client Initial:* PK )

| | |
|---|---|
| Day 1: 27 February 2021 / Call times TBD | Day 2: 28 February 2021 / Call times TBD |

**ASSIGNMENT LOCATION** (*Client Initial:* PK )

To be determined

**MINIMUM HOURS / BREAKS** (*Client Initial:* PK )

There is a **1 half-day minimum** for this assignment. Model will be allowed 15 minutes of break time for every 4 hours worked and will have a 30 minutes lunch break for every 5 hours worked

**TRAVEL / PARKING / ACCOMMODATION** (*Client Initial:* PK )

Model will be reimbursed for any necessary parking expenses. Options/suggestions to be provided in advance.

**MEALS** (*Client Initial:* PK )

Model is responsible for providing their own beverages and meals.

**HAIR / MAKEUP / WARDROBE** (*Client Initial:* PK )

**Wardrobe**: Models should dress nice. Somewhere between elegant business or something you'd wear to an upmarket brunch. Bring options for tops (or dresses) if possible. **Makeup**: Model should arrive with face clean (no makeup) and moisturized. Makeup will be provided on set. **Hair**: Model should arrive with hair styled down (nice but not glamorous). Touch-ups may be provided on set. **Other**: None.

**BOOKING FEES** *(Client Initial:* PK )

For this assignment, the following rates will apply:

| | |
|---|---|
| **Half-day rate (4-hours)** | $1,000.00 / half-day +20% service charge |
| **Overtime** | $200 / hour +20% service charge |

**PAYMENT TERMS** *(Client Initial:* PK *)*

Payment will be made to D2 Models **within 10 days of the completion of the assignment**.

**PAYMENT** *(Client Initial:* PK *)*

1. All fees other than any negotiated usage fee are for the Model's time and right to use any pictures and, once agreed, are payable whether or not the use is appropriated.
2. **A 2.9% credit charge per 15 days will be added to all invoices not settled within payment terms.**
3. In all cases the individual booking the Model will be invoiced and solely responsible for payment, unless otherwise agreed to in writing at the time of booking.
4. Model and D2 Models reserve the right to invoice the 'ultimate Client' (i.e. designer/manufacturer/owner of the product/service in question) if payment is not paid within 90 days.
5. If a payment received via check is returned or dishonored, Client shall pay $25 for servicing of the bad check plus applicable late fees, and all future payments shall be made by money order or cashier's check.

**ADDITIONAL FEES** *(Client Initial:* PK *)*

***To be agreed to at the time of booking:***

Additional fees may be payable for the right to use any photographs (or reproductions, or adaptations of, or drawings therefrom, either complete or in part, alone or in conjunction with any wording or drawings including electronic imaging) for all known or anticipated purposes other than the initial permitted use specified above.

***To be agreed to after the booking:***

It is the Client's responsibility to notify D2 Models and to negotiate additional fees (including extensions of existing agreements) for any usage, which may be required or anticipated subsequent to the time of booking.

**EXCLUSION FEE** *(Client Initial:* PK *)*

A special fee may be negotiated when the work is in conjunction with a product or service which precludes work for competing products or services. It is the client's responsibility to check with the Model to determine whether conflicting work has been done or is anticipated. Even if the Model advertises for a given product or service, he/she will still be able to work for a competitor of such product or service unless an exclusion fee has been negotiated.

**COMPLAINTS** *(Client Initial:* PK *)*

Any cause for complaint must be reported to D2 Models, or when this is not possible, to the talent directly, when it arises. For any issues related to performance, the talent hired must be given the opportunity to improve based on feedback and constructive criticism from the Client and/or D2 Models. Complaints cannot be considered in retrospect.

**PROVISIONAL BOOKINGS** *(Client Initial:* PK *)*

Provisional bookings will be automatically canceled if they are not confirmed within 24 hours of the proposed booking or if a definite booking is offered and the provisional cannot be confirmed.

**CANCELLATION POLICY** *(Client Initial: PK)*

| | |
|---|---|
| **0-24 hours notice of cancellation** | 100% of minimum payment due within 30 days of cancellation |
| **24-48 hours notice of cancellation** | 50% of minimum payment due within 30 days of cancellation |
| **Greater than 48 hours notice of cancellation** | No payment due |

***** Cancellation policy applies to all minimum hours or days, not just the first hour or day *****

**'WEATHER-PERMITTING' BOOKINGS** *(Client Initial: PK)*

If a booking is 'weather-permitting' this must be made clear at the time of booking. At the first cancellation, half the fee is charged unless the Client fails to cancel in time to prevent the Model's attendance, when the full fee is payable. At the second cancellation the full fee is charged.

**COVID-19** *(Client Initial: PK)*

In the event that production must be canceled or postponed for any COVID-19 related reason, this Agreement will be considered void. This includes if the production is canceled or if a model must cancel due to experiencing COVID-19 symptoms. No fees, including but not limited to any cancellation fees, will be owed by any party to this Agreement.

**MODEL VOUCHER AND RELEASE FORM** *(Client Initial: PK)*

A model voucher and any associated model release form must be signed by the Model and Client at the end of every booking. All terms on the model release must match those on the voucher and in this Agreement or that release is not valid. Breaking any of the usage terms specified in this agreement or specified on any model voucher shall void in full any and all terms and provisions specified in any model or talent release document legitimately executed by the Model(s) named herein, their parent or legal guardian, or their legal representative. This includes, but is not limited to, any Client indeminification against claims for liable or invasion of privacy.

**GENERAL** *(Client Initial: PK)*

1. It is not permitted to use any resulting images for any purpose whatsoever until all fees have been paid in full.
2. No agent, manager, listing service, referral service, or website can be held responsible for the Model's conduct on an assignment.
3. These terms and conditions are without prejudice to any existing claim against the Client.

**LIABILITY** *(Client Initial: PK)*

The Client is responsible for the Model's reasonable safety and security while the Model is directly providing services in connection with the assignment, and may not place the Model or their possessions at risk whether through the Client's direct actions or through Client's negligence. Client shall not be responsible for incidents outside of its reasonable control. The conduct of the ultimate Client as well as any coordinating Client and all associated employees shall remain within legally defined standards of professionalism.

Neither the Model, nor any agent, manager, listing service, referral service, or website associated with this booking can be held responsible if the Model fails to attend the booking. The Client is advised to insure against any loss which might result if the Model is unable to perform adequately or does not attend or keep a booking due to ill health or for some other valid reason. Fees payable will relate to the time worked on this assignment and no fees will be charged if the Model fails to work this assignment.

**NON-COMPETE** *(Client Initial: PK)*

For a period of eighteen (18) months following the completion of this booking, Client agrees not to contact directly any of the models listed below for professional engagements, paid or unpaid. Client agrees to contact D2 Models to coordinate any booking requests during this timeframe.

**CONFIDENTIALITY** *(Client Initial: PK)*

Any dissemination, distribution, or copying of any communication related to this casting, client, and assignment is strictly prohibited as all communication is intended only for the use of Client named below and may contain information that is privileged, confidential, and exempt from disclosure under applicable laws. Client must refrain from copying or disseminating any communication and the information contained therein related to this casting, client, and assignment by any means whatsoever without the express written approval of D2 Models.

Nothing in this clause shall be construed to interfere with or prevent Client's ability to make any truthful statements in connection with any legal proceeding or investigation by the below named Model(s), D2 Models, its owners, its employees, its clients, or any governmental authority. Nothing in this clause shall be construed to interfere with or prevent Client's ability to file a charge with, cooperate, or to participate in a proceeding conducted by any federal or state regulatory or law enforcement agency.

**NO DISPARAGEMENT** *(Client Initial:* PK *)*

Neither Client nor their employees, contractors, representatives, assigns, successors, or heirs will make any derogatory, disparaging or defamatory remarks or statements, whether verbal or written, to any person or entity about D2 models, their models, their services and/or business practices. Further, Client agrees to take no action which is intended, or would reasonably be expected, to harm D2 Models or its or their reputation or which would reasonably be expected to lead to unwanted or unfavorable publicity for the aforementioned parties, including D2 Models, its owners, its employees, its clients, their services and/or business practices.

Nothing in this clause shall be construed to interfere with or prevent Client's ability to make any truthful statements in connection with any legal proceeding or investigation by the below named Model(s), D2 Models, its owners, its employees, its clients, or any governmental authority. Nothing in this clause shall be construed to interfere with or prevent Client's ability to file a charge with, cooperate, or to participate in a proceeding conducted by any federal or state regulatory or law enforcement agency.

**GOVERNING LAW** *(Client Initial:* PK *)*

This Agreement shall be governed and construed in accordance with the laws of the State of California. The parties to this Agreement hereby consent to the exclusive jurisdiction and venue of the state and federal courts located in California, for purposes of any action arising out of or relating to this Agreement.

**MUTUAL PROVISION FOR ATTORNEYS' FEES** *(Client Initial:* PK *)*

In any litigation, arbitration, or other proceeding by which one party either seeks to enforce its rights under this Agreement or any previous agreements (whether in contract, tort, or both) or seeks a declaration of any rights or obligations under this Agreement, the prevailing party shall be awarded its reasonable attorney fees, and costs and expenses incurred.

**ENTIRE AGREEMENT** *(Client Initial:* PK *)*

As a supplier of services, the terms, provisions, notifications and conditions presented in this Agreement constitute the entire agreement between the parties relating to this subject matter and both supersede and take precedence over all prior or simultaneous representations, discussions, negotiations, and agreements, whether written or oral even when those representations, discussions, negotiations, and agreements have a similar clause to this.

**SEVERABILITY** *(Client Initial:* PK *)*

In case any provision of the Agreement shall be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

**ADDITIONAL NOTIFICATIONS** *(Client Initial:* PK *)*

This Agreement may be amended or modified only with the written consent of both Client and D2 Models. No oral waiver, amendment or modification will be effective under any circumstances whatsoever.

**LEGAL CONSULTATION** *(Client Initial:* PK *)*

Client is advised that the owners, employees, contractors, and agents of D2 Models are not authorized to, and will not, give legal advice concerning this project, transaction, or Agreement. Client is advised to consult an attorney.

Peter Kell
Client Contact Name (printed)

[signature] 2/9/2021
Client Contact Signature, Date

Brand Bolt LLC
Client Company Name, if applicable (printed)

**Model Names**

Adrianne Harris, Aleksandra Kaniak, Andrea Clark-Meier, Avis Wrentmore, Carla Stoelting, Dakota Sal, Deena Traina, Emma Ward, Jennifer Capriccio, Nancy Wetzel, Shay Yuval, Tammy Hanks Brewer, Trish Ramish, Vicki Hanson

***** Please be sure to call or email D2 Models for any future bookings with our models *****

Once this assignment is complete, our models should not be contacted directly for any reason.