# EXHIBIT B

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms - Video; All Internet/Digital/Mobile Advertising - Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

2/28/21
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Adrianne Harris
Artist - Print Name

Adrianne Harris 2/19/21
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

02/27/2021 & 02/28/2021
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Aleksandra Kaniak
Artist - Print Name

02/16/2021
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

02/27/2021
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Andrea M. Meier
Artist - Print Name

Andrea M. Meier 02/16/2021
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms - Video; All Internet/Digital/Mobile Advertising - Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

2-25-21
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Carla Stoelting
Artist - Print Name

[signature] 2-16-21
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

## LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms - Video; All Internet/Digital/Mobile Advertising - Video | [initials] |
| **Term** | 1 year | [initials] |
| **Region** | Worldwide | [initials] |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | [initials] |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

2·28·21
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Dakota Sal
Artist - Print Name

[signature]
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

**LIMITED ARTIST RELEASE # LAX-210201-BBOMAR**

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | DT |
| **Term** | 1 year | DT |
| **Region** | Worldwide | DT |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | DT |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

2/28/2021
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Deena Traina
Artist - Print Name

2/19/2021
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted] [redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

MiamiMD
Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | EW |
| **Term** | 1 year | EW |
| **Region** | Worldwide | EW |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | EW |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

02/28/2021
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Emma ward
Artist - Print Name

Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Jennifer Capriccio
Artist - Print Name

DocuSigned by:
Jennifer Capriccio
D275DB584771479...
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted] [redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

**LIMITED ARTIST RELEASE # LAX-210201-BBOMAR**

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms - Video; All Internet/Digital/Mobile Advertising - Video | LC |
| **Term** | 1 year | LC |
| **Region** | Worldwide | LC |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | LC |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

2/28/21
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Lisa Clyde
Artist - Print Name

2/16/21
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

# LIMITED ARTIST RELEASE # LAX-210201-BBOMAR

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | NW |
| **Term** | 1 year | NW |
| **Region** | Worldwide | NW |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | NW |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

## Session and Artist

**2/27/21**
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

**Nancy Wetzel**
Artist - Print Name

Nancy Wetzel **2/18/21**
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

## Client

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

**LIMITED ARTIST RELEASE # LAX-210201-BBOMAR**

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

**2-27-2021**
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

**Sharon "Shay" Yuval**
Artist - Print Name

Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title

**LIMITED ARTIST RELEASE # LAX-210201-BBOMAR**

I, the undersigned Artist, do hereby agree to accept all conditions set forth in this limited consent and release.

I do hereby give the undersigned Client their assigns, licensees, successors in interest, legal representatives, and heirs, the specific permission to: publish, copyright, distribute and/or display photographic images of me taken on the below listed session date(s).

The permission granted herein limits the use of the video footage captured on the date listed below, to the following uses (Artist must sign his/her own personal initials to the right of each selection):

| | | Artist Initial |
|---|---|---|
| **Media** | All Social Media Platforms – Video; All Internet/Digital/Mobile Advertising – Video | |
| **Term** | 1 year | |
| **Region** | Worldwide | |
| **Restrictions** | By Brand Bolt LLC (dba: "Miami MD" and dba: "Cella Beauty") only. No broadcast or commercial advertising use other than the media types specified above are permitted. | |

I, the undersigned Artist, waive any right to inspect or approve the video footage or finished version(s) incorporating the video(s), including written copy that may be created and appear in connection therewith.

I, the undersigned Artist, agree that the Client owns the copyright to the video footage and photographic images and Client retains the limited right to use for the media usage limitations stated above only, video footage of Artist captured on the below mentioned date(s).

For the duration specified above and as long as Client abides by the terms contained in this release I, the undersigned Artist, hereby release and discharge the undersigned Client and/or assigns, licensees, successors in interest, legal representatives, and heirs, from any and all liability including but not limited to claims for either invasion of privacy or libel, by virtue of distortion, blurring, alteration, optical illusion and/or use in composite form, whether the same is intentional, or otherwise.

I, the undersigned Artist, understand that the Client, their assigns, licensees, successors in interest, legal representatives, and heirs, may use any process or procedure resulting in the completion of the finished product, the publication, distribution, or public display, when photos of me are used in accordance with the media usage limitations stated above.

By signing this limited consent and release form I, the undersigned Artist or legal parent/guardian of the undersigned Artist, represent that I am of legal age in the state in which this limited consent and release form is executed, that before signing this document, I have read it completely and understand it, and that I am bound, as is anyone who succeeds to my responsibilities and rights, as my heirs or assigns. I release the undersigned Client and give up any and all future claims and rights, which I may have at any time.

Delivery of a copy of this limited consent and release or any other document contemplated hereby bearing an original or electronic signature by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the Internet or corporate Intranet), by electronic mail in portable document format (.pdf) form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing an original or electronic signature.

I AM 18 YEARS OF AGE OR OLDER.

**Session and Artist**

02/27/2021
Session Date(s)

$1,000.00
Artist - Compensation (session and usage fee only)

*Any agency fees, referral fees, or service charges are not related to Artist's compensation for executing this release, and therefore should not be included in this release.*

Vicki V Hanson
Artist - Print Name

Vicki K Hanson
Artist - Signature, Date

[redacted]
Artist - Date of Birth

[redacted] [redacted]
Artist - Mailing Address

[redacted]
Artist - Phone Number

**Client**

Client - Company Name

Client – Contact Full Name

Client – Contact Job Title