Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADRIANNE HARRIS, et al.,

Plaintiffs,

v.

BRAND BOLT, LLC, et al.,

Defendants.

Case No.: 2:26-cv-02332-BFM
*Hon. Brianna Fuller Mircheff Presiding*

**JOINT RESPONSE TO THE COURT'S SCHEDULING NOTICE (ECF 26) AND REQUEST TO MODIFY ALL PREVIOUSLY PROPOSED PRETRIAL AND TRIAL DATES**

By and through their attorneys of record, as set forth below, Plaintiffs Adrianne Harris, Aleksandra Kaniak, Andrea Carter-Meier, Carol Stoelting, Dakota Sal, Deena Traina, Emma Ward, Jennifer Capriccio, Lisa Clyde, Nancy Wetzel, Shay Yuval, and Vicki Hanson (collectively, "Plaintiffs") and Defendants Brand Bolt, LLC ("Brand Bolt") and Miami Skincare, LLC ("Miami Skincare"), jointly respond to the Court's Scheduling Notice, which invites the parties to request changes to the schedule of pretrial dates submitted with the parties' Joint Rule 26(f) Report (ECF 21) in light of Plaintiffs' First Amended Complaint (ECF 22).

The parties request that the Court extend every date proposed in ECF 21 by four months. Each new date falls seventeen weeks after the original date, so each date stays on the day of the week the Court requires. The parties submit a new Pre-Trial and Trial Dates Worksheet as Exhibit A hereto for the Court's convenience.

The parties propose the dates be extended for the following reasons.

**1. Discovery can now proceed on the amended pleadings.** Plaintiffs filed the First Amended Complaint on September 8, 2026. The pleadings are now set as to Defendants Brand Bolt, LLC and Miami Skincare, LLC who was previously dismissed. A first round of written discovery will likely take approximately three months to complete once the parties serve responses, meet and confer, and, if necessary, move to compel. A second round of discovery may be necessary.

**2. Third party discovery.** For their part, Plaintiffs expect to serve subpoenas on Google LLC and Meta Platforms, Inc. and at least one individual recently identified by Jonathan Cole in response to jurisdictional discovery and potentially other third parties depending on what Defendants disclose in response to discovery. Plaintiffs may also require time to move to compel compliance depending on how each third party responds.

**3. The newly named Defendant has not yet appeared.** The First Amended Complaint names MiamiMD, LLC as a new Defendant. MiamiMD, LLC has not yet been served and has not responded. Plaintiffs are working to serve MiamiMD, LLC and will do so as soon as practicable. Once MiamiMD, LLC enters the case, it will need time to conduct its own discovery, and Plaintiffs will need to conduct discovery with respect to MiamiMD, LLC.

**4. The proposed expert disclosure deadline is fast approaching.** The proposed deadline for initial expert disclosures is November 13, 2026. Initial discovery will not be complete by then, and as such, if that deadline stands, the parties expect that they will be required to move the Court to extend the deadline

and thus respectfully request that it be continued along with the other pretrial and trial dates.

**5. No party will be prejudiced.** The Court has not yet entered a scheduling order and no party has acted in reliance on the proposed dates. Moreover, the extension will also give the parties time to resume substantive settlement discussions now that the pleadings are set as to Brand Bolt, LLC and Miami Skincare, LLC, and given the apparent close relationship between MiamiMD, LLC and answering Defendants, the parties anticipate that settlement discussions will involve all three Defendants with an eye toward a global resolution. Under the original proposed schedule, the parties would have to commit their resources and energy into discovery, which resources would be better put toward settlement.

The proposed dates are set forth on the Pre-Trial and Trial Dates Worksheet (Exhibit A) filed herewith, and the parties respectfully request that the Court enter a scheduling order consistent with those proposed dates.

Respectfully submitted,

Dated: October 2, 2026 By: */s/ David Shein*

Stephen M. Doniger, Esq.
David Shein, Esq.
Nelson Campbell, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiffs*

Dated: October 2, 2026 By: */s/ Christopher E. Canton*

Christopher B. Queally, Esq.
Christopher E. Canton, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 2, 2026 By: */s/ David Shein*
David Shein