Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein, Esq. (SBN 230870)
david@donigerlawfirm.com
Nelson A. Campbell, Esq. (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANNE HARRIS, et al,<br><br>Plaintiff,<br><br>vs.<br><br>BRAND BOLT, LLC, *et al.*,<br><br>Defendants. | Case No.: 2:26-cv-02332-BFM<br>*Hon. Brianna Fuller Mircheff Presiding*<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AGAINST DEFENDANT BRAND BOLT, LLC PER FED.R.CIV.P. §68**<br><br>***[Offer of Judgment Filed Concurrently Herewith]*** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Adrianne Harris, Aleksandra Kaniak, Andrea Carter-Meier, Carol Stoelting, Dakota Sal, Deena Traina, Emma Ward, Jennifer Capriccio, Lisa Clyde, Nancy Wetzel, Shay Yuval, and Vicki Hanson (collectively, "Plaintiffs") hereby provide notice that they accept, and each do accept, the Fed. R. Civ. P. 68 Offer of Judgment made by Defendant Brand Bolt, LLC on October 9, 2026. A true and correct copy of said offer is attached hereto as **Exhibit A**.

Plaintiffs respectfully request that the Clerk of Court enter judgment against Brand Bolt LLC in accordance with the Offer of Judgment's terms.

Respectfully submitted,

Dated: October 22, 2026 By: *<u>/s/ Stephen M. Doniger</u>*
Stephen M. Doniger, Esq.
David Shein, Esq.
Nelson A. Campbell, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiffs*