# EXHIBIT A

CHRISTOPHER B. QUEALLY (SBN: 229154)
cqueallly@grsm.com
CHRISTOPHER E. CANTON (SBN: 263683)
ccanton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

***Attorneys for Defendants***
***Brand Bolt, LLC and Miami SkinCare LLC***

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ADRIANNE HARRIS, an individual, ALEKSANDRA KANIAK, an individual, ANDREA CARTER-MEIER, an individual, CAROL STOELTING, an individual, DAKOTA SAL, an individual, DEENA TRAINA, an individual, EMMA WARD, an individual, JENNIFER CAPRICCIO, an individual, LISA CLYDE, an individual, NANCY WETZEL, an individual, SHAY YUVAL, an individual, VICKI HANSON, an individual,

Plaintiffs,

v.

BRAND BOLT, LLC, a Delaware limited liability company; MIAMI SKINCARE, LLC, a Delaware limited liability company; MIAMIMD LLC, a Florida limited liability company, and DOES 1-10,

Defendants.

Case No. 2:26-cv-02332

**DEFENDANTS BRAND BOLT, LLC AND MIAMI SKINCARE, LLC'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Action Filed: March 4, 2026
FAC Filed: September 8, 2026



GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Brand Bolt, LLC (the "Offering Defendant"), by and through its counsel of record, hereby offers to allow judgment to be taken against it and in favor of each of the Plaintiffs identified below, individually, on the terms set forth below. This Offer is made separately to each Plaintiff, and each Plaintiff may accept the individual offer made to that Plaintiff independently of, and without regard to whether, any other Plaintiff accepts.

1. The Offering Defendant offers to allow judgment to be entered against it and in favor of each individual Plaintiff, in the separate amount set forth opposite that Plaintiff's name below (each, an "Individual Offer Amount"):

| Plaintiff | Individual Offer Amount |
|---|---|
| Adrianne Harris | $20,833.34 |
| Aleksandra Kaniak | $20,833.34 |
| Andrea Carter-Meier | $20,833.34 |
| Carol Stoelting | $20,833.34 |
| Dakota Sal | $20,833.34 |
| Deena Traina | $20,833.34 |
| Emma Ward | $20,833.34 |
| Jennifer Capriccio | $20,833.34 |
| Lisa Clyde | $20,833.34 |
| Nancy Wetzel | $20,833.34 |
| Shay Yuval | $20,833.34 |
| Vicki Hanson | $20,833.34 |

2. Each Individual Offer Amount is inclusive of all monetary recovery available to the accepting Plaintiff, including (a) any and all damages, including compensatory, statutory, and punitive damages; (b) disgorgement, restitution, and

any other monetary or equitable relief other than the injunctive term in Paragraph 4; (c) prejudgment and post-judgment interest; and (d) all costs, expenses, and attorneys' fees that Plaintiff has incurred to date, including any costs and attorneys' fees recoverable under California Civil Code section 3344, the Booking Agreement, or any other statute, contract, or authority. No additional sum shall be awarded or added to that Plaintiff's Individual Offer Amount for damages, interest, costs, expenses, or attorneys' fees of any kind.

3. As to any Plaintiff who accepts, entry of judgment on that Plaintiff's Individual Offer Amount fully resolves and disposes of all claims and causes of action that Plaintiff has asserted against the Offering Defendant in this action. Except as provided in the Individual Offer Amount, each side shall bear its own costs, expenses, and attorneys' fees.

4. As part of the judgment entered in favor of any accepting Plaintiff, the Offering Defendant consents to the entry of a judgment providing that the Offering Defendant, and its officers, agents, servants, employees, and attorneys, are permanently enjoined from using, without that Plaintiff's written consent, that Plaintiff's name, voice, photograph, image, likeness, or testimonial contained in the video footage or images captured at the February 27–28, 2021 shoot referenced in the First Amended Complaint in any advertising or marketing.

5. This Offer of Judgment is made solely for the purposes specified in Rule 68 and to compromise disputed claims. It is not, and shall not be construed as, an admission of liability or wrongdoing by the Offering Defendant, all of which liability is expressly denied.

6. Pursuant to Rule 68(b), an unaccepted offer under Rule 68 is not admissible except in a proceeding to determine costs.

7. Pursuant to Rule 68(a), if a Plaintiff serves written notice accepting the Individual Offer Amount made to that Plaintiff within fourteen (14) days after

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

service of this Offer, either party may then file the Offer and that notice of acceptance, together with proof of service, and the Clerk must then enter judgment as to that Plaintiff accordingly. Pursuant to Rule 68(b), an Individual Offer Amount not accepted in writing within fourteen (14) days after this Offer is served is deemed withdrawn as to that Plaintiff.

8. Pursuant to Rule 68(d), if a Plaintiff does not accept the Individual Offer Amount made to that Plaintiff, and the judgment that Plaintiff finally obtains is not more favorable than that Individual Offer Amount, that Plaintiff must pay the costs incurred after this Offer was made. The Offering Defendant reserves all rights and remedies available to it, including the right to seek all costs available under Rule 68(d).

Dated: October 9, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: *<u>/s/ Christopher E. Canton</u>* _____
Christopher B. Queally
Christopher E. Canton
Attorneys for Defendants
Brand Bolt, LLC and Miami SkinCare LLC

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. My business address is: 5 Park Plaza, Suite 1100, Irvine, CA 92614.

On October 9, 2026, I served the within documents:

**DEFENDANTS BRAND BOLT, LLC AND MIAMI SKINCARE, LLC'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

☒ **ELECTRONIC TRANSMISSION:** By transmitting a pdf.format version of the document(s) via electronic mail to the party(s) identified on the service list using the email address(es) indicated.

| | |
|---|---|
| Stephen M. Doniger, Esq.<br>David Shein, Esq.<br>Nelson A. Campbell, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291<br>T: (310) 590-1820<br>stephen@donigerlawfirm.com<br>david@donigerlawfirm.com<br>ncampbell@donigerlawfirm.com | Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2026 at Irvine, California.

Sandra Avants (signature)
Sandra Avants