CHRISTOPHER B. QUEALLY (SBN: 229154)
cqueallly@grsm.com
CHRISTOPHER E. CANTON (SBN: 263683)
ccanton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

***Attorneys for Defendants***
***Brand Bolt, LLC and Miami SkinCare LLC***

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ADRIANNE HARRIS, an individual, ALEKSANDRA KANIAK, an individual, ANDREA CARTER-MEIER, an individual, CAROL STOELTING, an individual, DAKOTA SAL, an individual, DEENA TRAINA, an individual, EMMA WARD, an individual, JENNIFER CAPRICCIO, an individual, LISA CLYDE, an individual, NANCY WETZEL, an individual, SHAY YUVAL, an individual, VICKI HANSON, an individual,

Plaintiffs,

v.

BRAND BOLT, LLC, a Delaware limited liability company; MIAMI SKINCARE, LLC, a Delaware limited liability company; MIAMIMD LLC, a Florida limited liability company, and DOES 1-10,

Defendants.

Case No. 2:26-cv-02332

**[*PROPOSED*] ORDER**

Having considered the Ex Parte Application, and finding good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED as follows:

1. The Clerk is to refrain from entering judgment on the Notice of Acceptance of Rule 68 Offer (ECF 30);

2. A hearing is set for _________________ on the issue of whether the Rule 68 Offer and Notice of Acceptance constitute a binding and enforceable agreement upon which judgment made be entered;

3. Briefing is set as follows: ________________________________________;

IT IS SO ORDERED.

Dated: _________________ ____________________________________

United States District Judge

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614