CHRISTOPHER B. QUEALLY (SBN: 229154)
cqueallly@grsm.com
CHRISTOPHER E. CANTON (SBN: 263683)
ccanton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

***Attorneys for Defendants***
***Brand Bolt, LLC and Miami SkinCare LLC***

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ADRIANNE HARRIS, an individual, ALEKSANDRA KANIAK, an individual, ANDREA CARTER-MEIER, an individual, CAROL STOELTING, an individual, DAKOTA SAL, an individual, DEENA TRAINA, an individual, EMMA WARD, an individual, JENNIFER CAPRICCIO, an individual, LISA CLYDE, an individual, NANCY WETZEL, an individual, SHAY YUVAL, an individual, VICKI HANSON, an individual,

Plaintiffs,

v.

BRAND BOLT, LLC, a Delaware limited liability company; MIAMI SKINCARE, LLC, a Delaware limited liability company; MIAMIMD LLC, a Florida limited liability company, and DOES 1-10,

Defendants.

Case No. 2:26-cv-02332

**JOINT STIPULATION OF ALL PARTIES RE NOTICE OF SETTLEMENT OF ENTIRE ACTION AND RESPONSE TO COURT'S OCTOBER 23, 2026 TEXT ENTRY (DKT. 32)**

Action Filed: March 4, 2026
FAC Filed: September 8, 2026

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Plaintiffs ADRIANNE HARRIS, ALEKSANDRA KANIAK, ANDREA CARTER-MEIER, CAROL STOELTING, DAKOTA SAL, DEENA TRAINA, EMMA WARD, JENNIFER CAPRICCIO, LISA CLYDE, NANCY WETZEL, SHAY YUVAL, and VICKI HANSON ("Plaintiffs") by and through their counsel Stephen Doniger and David Shein of Doniger/Burroughs, and Defendants BRAND BOLT, LLC and MIAMI SKINCARE, LLC by and through their counsel Christopher B. Queally and Christopher Canton of Gordon Rees Scully Mansukhani LLP, hereby stipulate as follows:

1. WHEREAS a Rule 68 Offer of Judgement was made to Plaintiffs on or about October 9, 2026;

2. WHEREAS Plaintiffs filed a Notice of Acceptance with the Court on October 22, 2026 (Dkt. 30) requesting the Court enter judgment on the Rule 68 Offer;

3. WHEREAS Defendants then filed on October 22, 2026 an Ex Parte Application for an Order Directing the Clerk to Refrain from Entering Judgment on the Notice of Acceptance of Rule 68 Offer, and Setting a Hearing and Further Briefing Schedule (Dkt. 31);

4. WHEREAS on October 23, 2026, the Court made the following text only entry in the docket:

> The Court has received the Notice filed by Plaintiffs (ECF [30]), and the Ex Parte Application filed by Defendants (ECF [31]). The Court will refrain from taking further action on either request until October 30, 2026, to give the parties additional time to attempt to resolve the matter. By that date, the parties shall either file a joint submission that requests that judgment be entered and provides a proposed judgment for the Court's signature, or proposes

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

a briefing schedule for Defendants' Ex Parte Application, or other relief, as appropriate. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dgv) TEXT ONLY ENTRY

5. WHEREAS from October 23, 2026 to October 29, 2026, Plaintiffs and Defendants (collectively "the Parties") met and conferred in an attempt to resolve the matter; and

6. WHEREAS the Parties have now **resolved** the matter in its entirety, have prepared a long-form settlement agreement, and are awaiting signatures.

IT IS NOW THEREFORE AGREED TO AND STIPUALTED AS FOLLOWS:

1. The Parties request the Court take no action on Dkt. 30 or Dkt. 31, pending signatures on the long-form settlement agreement, performance of its terms, and the filing of a joint request for dismissal.

2. The Parties anticipate the settlement agreement will be fully executed, the terms performed, and the parties will file their joint request for dismissal by Monday, November 16, 2026.

3. The Parties request the Court await the filing of the request for dismissal by Monday, November 16, 2026 or, in the unlikely event settlement terms are not performed by then, a joint submission that requests that judgment be entered with a proposed judgment for the Court's signature, or a proposed briefing schedule for Defendants' Ex Parte Application, or other relief, as appropriate.

Dated: October 30, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: *Is/ Christopher B. Queally*
Christopher B. Queally
Christopher E. Canton
Attorneys for Defendants
BRAND BOLT, LLC, MIAMI SKINCARE, LLC, and MIAMIMD LLC

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: October 30, 2026

DONIGER / BURROUGHS

By: */s/ David Shein*
Stephen Doniger
David Shein
Attorneys for Plaintiffs
ADRIANNE HARRIS, ALEKSANDRA KANIAK, ANDREA CARTER-MEIER, CAROL STOELTING, DAKOTA SAL, DEENA TRAINA, EMMA WARD, JENNIFER CAPRICCIO, LISA CLYDE, NANCY WETZEL, SHAY YUVAL, and VICKI HANSON