Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANNE HARRIS, et al.,<br><br>Plaintiff,<br><br>v.<br><br>BRAND BOLT, LLC, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02332-BFM<br>*Hon. Brianna Fuller Mircheff Presiding*<br><br>**JOINT REQUEST TO CONTINUE DISMISSAL DEADLINES**<br><br>***[Proposed] Order Filed Concurrently Herewith*** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Adrianne Harris, Aleksandra Kaniak, Andrea Carter-Meier, Carol Stoelting, Dakota Sal, Deena Traina, Emma Ward, Jennifer Capriccio, Lisa Clyde, Nancy Wetzel, Shay Yuval, and Vicki Hanson (collectively, Plaintiffs") and Defendants Brand Bolt, LLC and Miami Skincare, LLC (together with Plaintiffs, "Parties") hereby request that the Court continue the dismissal deadlines set in this action (Dkt. 34) as follows:

WHEREAS, on November 2, 2026, the Court set "an Order to Show Cause Re Dismissal for Thursday, November 19, 2026, at 10:00 a.m." and ordered that "[i]f the parties file a request for dismissal or other form of relief by Tuesday, November 17, 2026, the matter will be taken off calendar and no appearances by counsel will be required" (Dkt. 34);

WHEREAS, since then, the Parties have executed their longform settlement agreement under which full performance is to be completed within no later than two days from this filing;

WHEREAS, the Parties believe good cause exists to continue the dismissal deadlines by an additional 15 days to provide a small window for performance to be completed and the appropriate dismissal papers filed;

WHEREAS, it is in the interest of efficiency and judicial economy to continue the November 19 Order to Show Cause deadline;

NOW WHEREFORE, the Parties respectfully request that this Court continue the dismissal deadline and OSC re Dismissal by an additional 15 days to December 2, 2026 and December 4, 2026, respectively.

Respectfully submitted,

Dated: November 17, 2026 By: *<u>/s/ David Shein</u>*

Stephen M. Doniger, Esq.
David Shein, Esq.
Nelson A. Campbell, Esq.
*Attorneys for Plaintiffs*

Dated: November 17, 2026 By: */s/ Christopher B. Queally*

Christopher B. Queally, Esq.
Christopher E. Canton, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.