**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADRIANNE HARRIS, et al.,

Plaintiff,

v.

BRAND BOLT, LLC, *et al.*,

Defendants.

Case No. 2:26-cv-02332-BFM
*Hon. Brianna Fuller Mircheff Presiding*

**[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE DISMISSAL DEADLINES**

The Court, having considered the parties' Joint Request to Continue Dismissal Deadlines, and for good cause shown, HEREBY ORDERS as follows:

1. The Request is HEREBY GRANTED;
2. The deadline to file a dismissal is continued to ____________________ and the Order to Show Cause re: Dismissal is continued to _________________________.

**SO ORDERED.**

Dated: __________, 2026

By: ____________________________
Hon. Brianna Fuller Mircheff
United States Magistrate Judge