**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADRIANNE HARRIS, et al.,

Plaintiff,

v.

BRAND BOLT, LLC, *et al.*,

Defendants.

Case No. 2:26-cv-02332-BFM
*Hon. Brianna Fuller Mircheff Presiding*

**ORDER GRANTING JOINT REQUEST TO CONTINUE DISMISSAL DEADLINES**

The Court, having considered the parties' Joint Request to Continue Dismissal Deadlines, and for good cause shown, HEREBY ORDERS as follows:

1. The Request is HEREBY GRANTED;
2. The deadline to file a dismissal is continued to Tuesday, December 8, 2026, and the Order to Show Cause re: Dismissal is continued to Thursday, December 10, 2026, at 10:00 a.m..

**SO ORDERED.**

Dated: November 18, 2026

By: ______________________________
Hon. Brianna Fuller Mircheff
United States Magistrate Judge